IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE |
| ) | |
| UNLIMITED HOMES INC ) | NO. 17-65664-WLH |
|    DEBTOR ) | |
| ) | |
| ) | |
| ) | |
| THE BANK OF NEW YORK MELLON FKA THE ) | JUDGE: WENDY L. HAGENAU |
| BANK OF NEW YORK, AS TRUSTEE FOR THE ) | |
| CERTIFICATEHOLDERS OF THE CWABS, INC., ) | CHAPTER 7 |
| ASSET-BACKED CERTIFICATES, SERIES 2006- ) | |
| 25, ) | |
| ) | |
|    MOVANT ) | |
| ) | |
| VS. ) | |
| ) | |
| UNLIMITED HOMES INC ) | |
| M. DENISE DOTSON, TRUSTEE ) | |
| ) | |
|    RESPONDENTS ) | |
| ) | |

**NOTICE OF MOTION TO ANNUL AUTOMATIC STAY *NUNC PRO TUNC* AND
REQUEST FOR FINDING PURSUANT TO 11 U.S.C. SECTION 362 (d)(4)(B)**

Movant has filed documents with the Court to obtain relief from/annul the automatic stay and seeking a finding pursuant to 11 U.S.C. Section 362 (d)(4)(B).

**YOUR RIGHTS MAY BE AFFECTED.  You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to annul the Automatic stay and enter a finding pursuant to 11 U.S.C. Section 362 (d)(4)(B) or if you want the Court to consider your views on the motion, then you or your attorney shall attend the hearing scheduled to be held on

**October 12, 2017 at 9:30 a.m. at the United States Bankruptcy Court, Courtroom 1403, 75 Ted Turner Drive S.W., Atlanta, Georgia 30303.**

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

You may also file a written response to the pleading with the Clerk at the address

stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Send your response so that it is received by the Clerk at least two business days before the hearing.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

The address of the Clerk's Office is: Clerk, United States Bankruptcy Court, 75 Ted Turner Drive SW, Suite 1340, Atlanta, Georgia 30303. You must also send a copy of your response to the undersigned at the address stated below.

Dated this \_\_\_\_9/8/17_____

        /s/  *A. Michelle Hart Ippoliti*
A. Michelle Hart Ippoliti, Bar No. 334291
Attorney for Movant
Mccalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102
(678) 281-6537
(770) 643-4220
Michelle.Ippoliti@mccalla.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE |
| ) | |
| UNLIMITED HOMES INC ) | NO. 17-65664-WLH |
| DEBTOR ) | |
| ) | |
| ) | |
| ) | |
| THE BANK OF NEW YORK MELLON FKA THE ) | JUDGE: WENDY L. HAGENAU |
| BANK OF NEW YORK, AS TRUSTEE FOR THE ) | |
| CERTIFICATEHOLDERS OF THE CWABS, INC., ) | CHAPTER 7 |
| ASSET-BACKED CERTIFICATES, SERIES 2006- ) | |
| 25 AS SERVICED BY SPECIALIZED LOAN ) | |
| SERVICING, LLC, ) | |
| ) | |
| MOVANT ) | |
| ) | |
| VS. ) | |
| ) | |
| UNLIMITED HOMES INC ) | |
| M. DENISE DOTSON, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

MOTION TO ANNUL AUTOMATIC STAY *NUNC PRO TUNC* AND
REQUEST FOR FINDING PURSUANT TO 11 U.S.C. SECTION 362 (d)(4)(B)

COMES NOW Movant and files this Motion to annul the Section 362 automatic stay *nunc pro tunc* such that the foreclosure sale conducted September 5, 2017, was not conducted in violation of the automatic stay and is valid to the extent it is otherwise valid under Georgia law and seeking a finding pursuant to 11 U.S.C Section 362 (d)(4)(B), and shows the Court the following:

1.

Movant holds and Specialized Loan Servicing, LLC services the loan on certain real property in which Debtor claims an interest. Said real property is commonly known as 3113 Pier One, Jonesboro, GA 30236 ("the Property") and is security for a Promissory Note for which Movant is an entity entitled to enforce said Note. Borrower, King Givenchy, is the party who signed the Security Deed and is also solely obligated on the Note.

2.

Movant's collateral has been subject to numerous property transfers for seemingly little to no consideration and appear to have been done for the purpose of thwarting Movant's right to foreclose. Following is the summary of transfers:

- Movant's Note originated on December 14, 2006 with the sole Borrower listed as *King Givenchy*.

- *King Givenchy* quit claimed the property to *Dream Home Enterprise Inc* via quit claim deed dated January 30, 2007.

- *Dream Home Givency* quit claimed the property to *Lyudmila Fishman* via quit claim deed dated May 1, 2008.

- *Lyudmila Fishman* quit claimed the property to *Dream Home Enterprise Inc*. via quit claim deed dated May 20, 2008.

- *Dream Home Enterprise Inc*. deeded the property to *Unlimited Homes Inc*. via warranty deed dated June 25, 2017.

3.

This case was filed *pro se* on September 5, 2017. Movant advertised in accordance with Georgia law for a non-judicial foreclosure sale to take place on the Property on September 5, 2017. Movant conducted its sale on September 5, 2017, and an unrelated, at-arms-length third party purchaser was the successful bidder in the amount of $220,000.00. Movant did not seek emergency permission to conduct the sale as it was not aware of the instant case and only learned of it afterwards. Movant has not taken steps to conclude the sale, nor has it recorded its Deed Under Power.

4.

The loan held by Movant is seriously delinquent. It is due for the April 1, 2007 mortgage payment and is one hundred and twenty-six (126) payments delinquent. **<u>Borrower has only made approximately two payments on the loan since its inception.</u>** The current missed payments total

$711,169.20 exclusive of advances, fees, and costs. The approximate amount of unpaid interest is $636,894.05 and there are current escrow advances on the loan totaling $88,987.00.

5.

There appears to be little to no equity in the Property to benefit the estate. The 2017 Clayton County tax assessor's value is $372,238.00 and Movant's approximate payoff is $1,390,169.96.

6.

The automatic stay should be annulled *nunc pro tunc* and deemed lifted effective as of the date of this case was filed such that the foreclosure sale conducted by Movant will not have been conducted in violation of any automatic stay and the sale shall be valid to the extent it is otherwise valid under Georgia law and the contract between the parties. Further, Movant should be given permission to record its Deed Under Power and complete its sale, including recovery of the Property.

7.

This is the seventh case filed by Debtor and Borrower affecting the subject property. The prior cases are:

- Chapter 13 Case Number 07-74395-PWB was filed by King Albert Givenchy on September 3, 2007. The case was dismissed on November 29, 2007 since confirmation was denied, and terminated on December 26, 2007.
- Chapter 13 Case Number 09-91694-PWB was filed by King Albert Givenchy on November 30, 2009. The case was dismissed on February 12, 2010 for failure to make plan payments.
- Chapter 13 Case Number 11-52255-PWB was filed *pro se* by King A Givenchy on January 27, 2011. The case was dismissed on February 15, 2011 for failure to pay filing fee.

- Chapter 13 Case Number 11-75247-PWB was filed *pro se* by King Givenchy on September 1, 2011. No Plan or Schedules were filed. The case was dismissed on November 29, 2011 and rendered ineligible under Title 11 to file Bankruptcy for 180 days.

- Chapter 13 Case Number 15-58537-WLH was filed *pro se* by King Givenchy on May 5, 2015. No Plan or Schedules were filed. The case was dismissed on May 21, 2015 for failure to file list of creditors.

- Chapter 13 Case Number 16-52048-WLH was filed *pro se* by King Givenchy, on February 2, 2016. No Plan or Schedules were filed. The case was dismissed on March 1, 2016 for failure to correct filing deficiency.

- Chapter 7 Case Number 17-59846-PMB was filed pro se by Dream Home Enterprise, Inc on June 5, 2017, stopping a sale set for the next day. Full schedules were not filed and the 341 Meeting of Creditors was not held. The case was dismissed on July 3, 2017, for failure to correct the filing deficiency. Movant had a pending Motion for Relief from Automatic Stay that was filed on June 29, 2017, when the case was dismissed.

- The instant Chapter 7 Case Number 17-65664-WLH was filed *pro se* by Unlimited Homes Inc on September 5, 2017, stopping a foreclosure sale scheduled for September 5, 2017. As of the filing of this case, Debtor has again failed to file various Schedules, which demonstrates Debtor's clear lack of intention to prosecute this case.

6.

Movant does not believe there is any equity in the subject property which could benefit the Estate. The Clayton County Tax Assessor values Property at $372,238.00 and Movant's approximate payoff is $1,390,169.96.

7.

This case was filed in bad faith for the sole purpose of thwarting Movant's right to foreclose.

8.

Movant believes this case was filed as part of a scheme to delay, hinder, or defraud this Creditor involving multiple bankruptcy filings, as contemplated by 11 USC Section 362(d)(4)(B). Movant seeks a finding to this effect such that upon recording in the Clayton County property records of the Order granting relief pursuant to 362(d)(4)(B), such order shall be binding and no automatic stay shall arise as to the Property in any other bankruptcy case for a period of two years from the entry of same Order.

WHEREFORE, Movant prays:

(1) the automatic stay deemed lifted effective as of the date this case was filed such that the foreclosure sale conducted September 5, 2017, was not conducted in violation of the automatic stay and is valid to the extent it is otherwise valid under Georgia law;

(2) that it be permitted to record its Deed Under Power, and to exercise any and all of its respective rights under Georgia law and the contract between the parties, including recovery of the Property;

(3) for a finding that this case was filed to delay, hinder and/or defraud this Creditor, as contemplated by 11 U.S.C. Section 362 (d)(4)(B), such that no automatic arise as to the Property for a period of two years from the entry of the Order.

(4) that any Order granting this Motion be effective immediately upon its entry and not be stayed for ten days after its entry in accordance with Bankruptcy Rule 4001;

(5) for such other and further relief as is just and equitable.

/s/  A. Michelle Hart Ippoliti
A. Michelle Hart Ippoliti, Bar No. 334291
Attorney for Movant

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(678) 281-6537 – phone
(770) 643-4220 - fax

                                                Bankruptcy Case No. 17-65664-WLH
                                                Chapter 7
                                                Judge: Wendy L. Hagenau

## CERTIFICATE OF SERVICE

I, A. Michelle Hart Ippoliti, of McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age; that on the  8th   day of September, 2017, I served a copy of the within NOTICE OF HEARING and MOTION TO ANNUL AUTOMATIC STAY NUNC PRO TUNC AND REQUEST FOR FINDING PURSUANT TO 11 U.S.C. SECTION 362 (d)(4)(B)filed in this bankruptcy matter on the following Respondent(s) by regular mail, with adequate postage affixed, unless another manner is indicated:

Unlimited Homes Inc
3113 Pier I
Jonesboro, GA 30236

King Givenchy
3113 Pier I
Jonesboro, GA 30236

Lyudmila Fishman
3113 Pier I
Jonesboro, GA 30236

Dream Home Enterprise Inc
3113 Pier I
Jonesboro, GA 30236

M. Denise Dotson                             *(served via email at dotsontrustee@me.com)*
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on      9/8/17      By:    */s/ A. Michelle Hart Ippoliti*
                      (date)                  A.  MICHELLE HART IPPOLITI, BAR NO. 334291
                                                    Attorney for Movant