IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| UNLIMITED HOMES, INC. ) | |
| ) | CHAPTER 7 |
| Debtor. ) | CASE NO. 17-65664-wlh |
| _____ ) | _____ |
| ) | |
| THE BANK OF NEW YORK MELLON, ) | |
| FKA THE BANK OF NEW YORK, AS ) | |
| TRUSTEE FOR THE ) | |
| CERTIFICATEHOLDERS OF CWABS, ) | |
| INC.., ASSET-BACKED CERTIFICATES, ) | |
| SERIES 2006-25, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| UNLIMITED HOMES, INC., ) | |
| M. DENISE DOTSON, TRUSTEE, ) | |
| ) | |
| Respondent. | |

### DEBTOR'S RESPONSE IN OPPOSITION TO MOTION TO ANNUL AUTOMATIC STAY NUNC PRO TUNC AND REQUEST FOR FINDING PURSUANT TO 11 U.S.C. § 362 (d)(4)(B)

Debtor, UNLIMITED HOMES, INC. ("Debtor"), hereby makes and files this, Debtor's Response in Opposition to Movant's Motion to Annul Automatic Stay Nunc Pro Tunc and Request for Finding Pursuant to 11 U.S.C. § 362(d)(4)(B), respectfully showing as follows:

1.

Debtor owns property at 3113 Pier One, Jonesboro, Georgia 30236 (the "Property").

2.

The Property is subject to a first security deed allegedly held by The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc.., Asset-Backed Certificates, Series 2006-25.

3.

On September 5, 2017, Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

4.

Movant was personally notified of the bankruptcy filing that same day by an officer for Debtor.

5.

Movant subsequently conducted a foreclosure sale and the Property was allegedly sold to an independent third party on September 5, 2017.

6.

Movant subsequently moved this Court, on September 8, 2017, to annul the stay *nunc pro tunc* in order to validate the alleged foreclosure sale, arguing that Debtor's bankruptcy filing was made in bad faith.

7.

Debtor disputes Movant's allegation that this bankruptcy has been filed in bad faith and objects to Movant's request for annulment of the stay *nunc pro tunc* in order to validate the September 5, 2017 foreclosure sale: neither of the previous transfers of ownership of the Property were made with the intent to delay, hinder or defraud Movant, and Debtor's prior bankruptcy filings were made without the assistance of an attorney.

WHEREFORE, Debtor disputes the allegations contained in Movant's Motion for Relief and respectfully requests that Movant's Motion be DENIED.

This 11th day of October, 2017.

Respectfully Submitted,

*/s Natalie R. Rowland*_____
Natalie R. Rowland
Georgia Bar No. 431608
3128 Clairmont Road NE
Atlanta, GA 30329
(770) 217-7828 (P)
(770) 217-7544 (F)
nrowland@rowland-law.com
**ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing

**DEBTOR'S RESPONSE IN OPPOSITION TO MOTION TO ANNUL AUTOMATIC STAY NUNC PRO TUNC AND REQUEST FOR FINDING PURSUANT TO 11 U.S.C. § 362 (d)(4)(B)** via the United States mail, with sufficient postage affixed thereon, to:

Specialized Loan Servicing, LLC
8742 Lucent Blvd.
Ste. 300
Highlands Ranch, CO 80129

Families Uplifting Families
1464 Beatie Ave.
Atlanta, GA 30310

This 11th day of October, 2017.

*/s/ Natalie R. Rowland*
Natalie R. Rowland
Georgia Bar No. 431608
3128 Clairmont Road NE
Atlanta, Georgia 30329
(770) 217-7828 (P)
(770) 217-7544 (F)
nrowland@rowland-law.com
**ATTORNEY FOR DEBTOR**