**IT IS ORDERED as set forth below:**



**Date: October 27, 2017**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| UNLIMITED HOMES INC, | ) | CASE NO. 17-65664-WLH |
| | ) | |
| Debtor. | ) | |
| | ) | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-25, | ) ) ) ) ) ) ) | CONTESTED MATTER |
| Movant. | ) | |
| vs. | ) | |
| | ) | |
| UNLIMITED HOMES INC, M. DENISE DOTSON, Trustee, | ) ) ) | |
| Respondents. | ) | |

ORDER GRANTING MOTION FOR RELIEF FROM STAY, DENYING REQUEST TO ANNUL AUTOMATIC STAY *NUNC PRO TUNC* AND ENTERING FINDING PURSUANT TO 11 USC §362(d)(4)(B)

The Motion of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificate Holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-25, for itself, its

successors and assigns ("Movant") was filed September 8, 2017, [Doc. No. 5] regarding the real property located at and commonly known as 3113 Pier One, Jonesboro, GA 30236 ("the Property") and was scheduled for hearing October 12, 2017, upon Notice of Assignment of Hearing Movant provided to each of the above-captioned parties in interest.   Present at the hearing were Heather Bock, Counsel for Movant; Natalie Rowland, Counsel for Debtor;   King Givenchy, the Borrower; and Indigo Givenchy, the CFO/Secretary/Registered Agent of Unlimited Homes Inc, the Debtor. Movant alleged this was the seventh bankruptcy affecting the Property and that the loan originated on December 14, 2006, was in serious default, contractually due for the April 1, 2007 mortgage payment.    Based upon the pleadings, testimony of the parties, the arguments of Counsel, and for the reasons stated on the record, it is hereby

ORDERED that the 11 U.S.C. Section 362(a) automatic stay is **modified** to allow Movant to assert its rights and remedies under applicable law as to the Property, including, but not limited to, the institution and completion of foreclosure proceedings, collection of reasonable fees, and all other equitable relief; provided, however, that upon completion of any foreclosure sale, any funds in excess of the lawful amount owed to Movant under its Note and Security Deed, and to any subordinate lienholder properly entitled to receive proceeds under applicable State Law as to the Property, shall be paid to the Trustee for the benefit of the Estate.   It is further

ORDERED that Movant's request for annulment of the Section 362(a) automatic stay *nunc pro tunc* in order to validate its foreclosure sale held on September 5, 2017, is denied and the relief from the automatic stay granted herein is effective upon entry of this Order. It is further

ORDERED that the Court does find that the filing of the petition in this case was part of a scheme to delay and hinder this Creditor that involves multiple bankruptcy filings affecting the property, as contemplated by 11 USC §362(d)(4)(B) such that upon recording in the Clayton County, Georgia property records of this Order, such Order shall be binding and no automatic stay shall arise to Movant, its successors and assigns, in any other bankruptcy case filed claiming an interest in the

Property for a period of two years from the entry of this Order.    It is further

ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

(Signatures continued on the next page)

PREPARED AND PRESENTED BY:

/s/ A. Michelle Hart Ippoliti
_____
A. Michelle Hart Ippoliti, GA Bar No. 334291
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
678-281-6537
Michelle.HartIppoliti@mccalla.com


DISTRIBUTION LIST


Unlimited Homes Inc
3113 Pier I
Jonesboro, GA 30236

Indigo Givenchy
3113 Pier I
Jonesboro, GA 30236

King Givenchy
3113 Pier I
Jonesboro, GA 30236

Natalie R. Rowland
The Law Office of Natalie R. Rowland
3128 Clairmont Road, NE
Atlanta, GA 30329

M. Denise Dotson
Chapter 7 Trustee
170 Mitchell Street
Atlanta, GA 30303